# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO: 6:15-cr-257-Orl-40GJK

NICK EDWARD GABLE

## ORDER

This case came before the Court on the Motion for Return of Confiscated Property (Doc. No. 110) filed by the Defendant. The assigned United States Magistrate Judge has submitted a Report and Recommendation (Doc. No. 111) recommending that the motion be denied. No objections to the report have been filed, and the deadline to do so has passed.

After review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 111) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Return of Confiscated Property (Doc. No. 110) is **DENIED.**

**DONE AND ORDERED** in Orlando, Florida on October 17, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties